UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Action No: 1:15-cv-23642-KMW

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>　　　　Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| STANLEY GLASER,<br>d/b/a GLASER ORGANIC FARMS,<br>d/b/a and GLASER FARMS<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO INTERVENE

Debora Velazquez (hereinafter "the Intervenor-Plaintiff") hereby moves this Court under Fed.R.Civ.P. Rule 24(a) for leave to intervene in the above-captioned action as a party-plaintiff. The Intervenor-Plaintiff filed the charges that ultimately resulted in the filing of this action by the EEOC. The grounds for the motion are:

1. Plaintiff Equal Employment Opportunity Commission ("the EEOC") filed this action against Defendant Stanley Glaser (hereinafter "Glaser Farms") alleging that Defendant engaged in color discrimination, national origin discrimination, and retaliation, in violation of Title VII of the Civil Rights Act of 1964 with respect to the Intervenor-Plaintiff.

2. The Intervenor-Plaintiff has been aggrieved by the unlawful practices of Defendant as alleged in the EEOC's Complaint (Docket No. 1).

3. The Intervenor-Plaintiff is specifically identified in the EEOC 's Complaint as the victim of color discrimination, national origin discrimination, and retaliation, and as the person for whom the EEOC is seeking relief.

4. Title VII confers on the Intervenor-Plaintiff an unconditional right to intervene.

5. The proposed Intervenor-Plaintiff's motion to intervene is timely because it is filed at a very early stage in the proceedings, and early intervention does not prejudice Defendant Glaser Farms.

6. The proposed Intervenor-Plaintiff has an interest in the subject matter of this lawsuit, her participation in this lawsuit will not prejudice the defendant in anyway, her interests may not otherwise be adequately be represented by the EEOC and failure to allow her to participate will impair her ability to achieve complete relief.

This motion is supported by the separately filed Memorandum of Law, the attached Complaint in Intervention, and the Complaint filed by the EEOC on September 30, 2015 (Docket No. 1).

The undersigned hereby represents that she has conferred with the attorneys for the EEOC, who have stated that Plaintiff EEOC does not object to the granting of this motion and have authorized the undersigned to so represent to this Court.

                Respectfully Submitted,

                */s/ **Victoria Mesa-Estrada***
                Victoria Mesa-Estrada
                Florida Bar Number 076569
                e-mail: victoria@mesacoelaw.com
                MESA & COE LAW, P.A.
                508 Lucerne Avenue
                Lake Worth, Florida 33460-3819
                Telephone: (561) 880-8062
                Facsimile: (561) 828-8359

                *Attorney for Intervenor-Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                           ***/s/ Victoria Mesa-Estrada***
                                                            Victoria Mesa-Estrada

## SERVICE LIST

*EEOC v. Stanley Glaser et al.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Action No: 1:15-cv-23642-KMW

ANA CONSUELO MARTINEZ
Trial Attorney
Government Bar No. A5501912
New York Bar. No. 4935607
Florida Bar No. 110394
Tel: 305-808-1779
Fax: 305-808-1835
ana.martinez@eeoc.gov

ROBERT E. WEISBERG
Regional Attorney

KIMBERLY A. CRUZ
Supervisory Trial Attorney

U.S. Equal Employment Opportunity Commission
Miami District Office
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131