UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 1:15-cv-23642-KMW/Simonton

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| DEBORA VELAZQUEZ, | ) ) |
| Intervenor-Plaintiff, | ) ) |
| v. | ) ) |
| STANLEY M. GLASER, dba GLASER ORGANIC FARMS and GLASER FARMS, | ) ) ) ) |

## NOTICE OF APPEARANCE AS ATTORNEY

Gregory S. Schell of the Migrant Farmworker Justice Project of Florida Legal Services, Inc. hereby gives notice of his entry of appearance in this action as co-counsel for Intervenor-Plaintiff Debora Velazquez. All notices and pleadings in this action may be served on the undersigned at the physical and virtual addresses shown below.

*/s/ Gregory S. Schell*
Gregory S. Schell
Florida Bar Number 287199
MIGRANT FARMWORKER JUSTICE
         PROJECT
508 Lucerne Avenue
Lake Worth, Florida   33460-3819
Telephone:      (561) 582-3921
Facsimile:       (561) 582-4884
e-mail:            Greg@Floridalegal.Org

Attorney for Intervenor-Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel listed on the accompanying service list.

*/s/ Gregory S. Schell*
Gregory S. Schell
Florida Bar Number 287199
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida   33460-3819

SERVICE LIST

United States District Court
Southern District of Florida

EEOC v. Glaser
Case No.:1:15-cv-23642-KMW/Simonton

Ana Consuelo Martinez
Equal Employment Opportunity Commission
Miami District Office
100 S.E. 2nd Street
Suite 1500
Miami, Florida  33131
Telephone:      (305) 808-1779
Facsimile:       (305) 808-1835
e-mail:            ana.martinez@eeoc.gov

Attorney for Plaintiff
*(Served via transmission of Notice of
Electronic Filing generated by CM/ECF)*


Victoria Mesa Estrada
Mesa & Coe Law, P.A.
508 Lucerne Avenue
Lake Worth, Florida   33460-3819
Telephone:      (561) 880-8062
Facsimile:       (561) 828-8359
e-mail:            victoria@mesacoelaw.com

Attorney for Intervenor-Plaintiff
*(Served via transmission of Notice of
Electronic Filing generated by CM/ECF)*

Gregory S. Schell, Esq.
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, Florida   33460-3819
Telephone:	(561) 582-3921
Facsimile:	(561) 582-4884

Attorney for Intervenor-Plaintiff
*(Served via transmission of Notice of*
*Electronic Filing generated by CM/ECF)*


Frank H. Henry
BLUE ROCK LEGAL, P.A.
10800 Biscayne Boulevard
Suite 410
Miami, Florida  33161
Telephone:	(305) 981-4300
Facsimile:	(305) 981-4304
e-mail:	fhenry@bluerocklegal.com

Attorney for Defendant
*(Served via transmission of Notice of*
*Electronic Filing generated by CM/ECF)*